IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARVIN COOTE<br>               Plaintiff,<br><br>v.<br><br>PATRICK KEEFE, in his Official<br>Capacity as the Chief of Police of the<br>Town of Andover Police Department,<br><br>               Defendant. | DOCKET NO.: 17-11474 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65(a)

NOW COMES the Plaintiff in the above-captioned case, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(b), and moves the Court for a preliminary injunction against Defendant. In support thereof, Plaintiffs state as follows:

1. On August 9, 2017, Plaintiff filed a Verified Complaint, alleging, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2201, that Plaintiffs are entitled to relief from this Court for violations of his rights under the Second and Fourteenth Amendments to the United States Constitution.

2. Plaintiff seeks a preliminary injunction enjoining Defendant, its officers, agents, affiliates, subsidiaries, servants, employees, successors, assigns, those persons in active concert or participation with Defendant, and all other persons within the scope of Federal Rule of Civil Procedure 65, from refusing to accept a valid U.S. Passport as evidence of U.S. citizenship for the purpose of applying for a Massachusetts License to Carry Firearms and/or Firearms Identification Card, as applied to Plaintiff

Coote.

3.  Federal Rule of Civil Procedure 65 provides for the issuance of a preliminary injunction under circumstances such as those that exist in the present case.

4.  In support of this motion, Plaintiffs submit a Memorandum of Law, addressing all necessary elements for the entry of a preliminary injunction.

WHEREFORE, for the foregoing reasons, and for those set forth in Plaintiffs' supporting Memorandum of Law, Plaintiffs respectfully move that the Court enter a preliminary injunction enjoining Defendant, its officers, agents, affiliates, subsidiaries, servants, employees, successors, assigns, those persons in active concert or participation with Defendant, and all other persons within the scope of Federal Rule of Civil Procedure 65, from refusing to accept a valid U.S. Passport as evidence of U.S. citizenship for the purpose of applying for a Massachusetts License to Carry Firearms and/or Firearms Identification Card, as applied to Plaintiff Coote.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs seek leave to present oral argument in support of this Motion.

> Respectfully Submitted,
> Marvin Coote
> By his Attorney,
>
> ____/s/ Jeffrey T. Scrimo_____
> Jeffrey T. Scrimo, Esq. (BBO# 649864)
> Lynch Scrimo Attorneys
> 68 Main Street, PO Box 1787
> Lenox, MA   01201
> Phone:  413-637-1300
> Fax:  866-230-7304
> jeff@lenoxattorney.com

Dated: August 9, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, I electronically filed the foregoing Motion for Preliminary Injunction using the CM/ECF system, and have taken steps to serve this Motion and Memorandum upon receipt of a summons via sheriff along with the Complaint to:

Andover Town Hall
ATTN: Town Clerk
36 Bartlet St
Andover, MA 01810

By Certified Mail to:
Massachusetts Attorney General's Office
Honorable Maura Healey
One Ashburton Place
Boston, MA 02108-1518

/s/ Jeffrey T. Scrimo
Jeffrey T. Scrimo, Esq.