Randolph Police Department

Massachusetts

41 South Main Street
Randolph Ma 02368

Phone: 781-963-1212
Fax: 781-961-0968

EMERGENCY DIAL "911"

RANDOLPH
POLICE

Animal Control
Anonymous Tips
Bureau Of Investigation
Citizens Police Academy
Community Comitted
Complaints/Suggestions
C.O.R.I.
Domestic Violence
Drug Awareness
Email Directory
Firearms License
Home Page
Honor Guard
Juvenile Office
K-9 Units
Street Directory
Message Board
Missing Person
O.U.I. Prevention
Parking Clerk
Permits / Forms
Photo Gallery
Press Release
Prosecutors Office
Public Logs
R.A.D.
r.a.d. Kids
Randolph Most Wanted
Randolph Zoning Board
Related Links
RMV Forms
Roster
Safety Office
School Resources
Sex Offenders
Street Crimes Unit
Unsolved Crimes

POLICE

Join the Randolph Police mailing list for updates, training class & unsolved crimes....

The Randolph Police Department would like to wish all of you--Happy Holidays!

FIREARMS LICENSING REQUIREMENTS:

Requirements are as follows for License to Carry Firearms, Class A or B, original and renewal:

1. Must be U.S. Citizen.
2. If naturalized bring original of naturalization document. Passports are not acceptable.
3. No felony convictions.
4. No drug convictions.
5. No violent crime convictions.
6. No misdemeanor convictions if punishable by more than 2 ½ years incarceration.
7. If unsure, obtain a record check form and send it in for a copy of criminal history.
8. No mental health impairment.
9. Must be a "suitable person".
10. Must have "suitable purpose" for licensure.
11. Must have valid, up – to – date Commonwealth of Massachusetts Basic Firearms Safety certificate.
12. Must have completed application.
13. Must pay fee of $100.00 cash or check made out to the Town of Randolph

(New Applications AND Renewals)
14. Must have personal interview with Firearms Licensing Officer. Contact Lieutenant O'Leary at (781) 963-1212 to arrange an appointment.

DO NOT LEAVE ANY DOCUMENTS WITHOUT MAKING PRIOR ARRANGEMENTS.

Requirements are as follows for Firearms Identification Cards (F.I.D.), Class C or D original and renewal:

1. Must be U.S. Citizen.
2. If naturalized bring original of naturalization document. Passports are not acceptable.
3. No felony convictions in past five years.
4. No drug convictions in past five years.
5. No violent crime convictions.
6. No misdemeanor convictions if punishable by more than 2 ½ years incarceration in past five years.
7. If unsure, obtain a record check form and send it in for a copy of criminal history.
8. No mental health impairment.
9. Must have valid, up – to – date Commonwealth of Massachusetts Basic Firearms Safety certificate
   FOR ORIGINAL CLASS C ONLY.
10. Must have completed application.
11. For Class C: Must pay fee of $100.00 cash or check made out to the Town of Randolph .

(New Applications AND Renewals)
12. For Class D: Must pay fee of $25.00 cash or check made out to the Town of Randolph for new applications.
(Renewals are free at this time)
13. Must have personal interview with Firearms Licensing Officer.

Contact Lieutenant Courtney at (781) 963-1212 to arrange an appointment.

DO NOT LEAVE ANY DOCUMENTS WITHOUT
MAKING AN APPOINTMENT

( Click me )

Criminal History System Board - Firearms Applications



***Off. Gene Scanlon***
escanlon@lawpd.com

(978) 794-5900 Ext. 584

## FIREARM LICENSING INFORMATION

Firearms licenses and all applications are by appointment only:

**License to Carry(LTC) - Class A**, Large Capacity, (handguns, rifles, shotguns, and pepper spray) ***fee: $100.00 money order only.***

**New Applicants:**

**Class A licenses:**

-You must be age 21 years or older.
-You must be a U.S citizen, born or naturalized (birth certificate if U.S. born; if naturalized, MUST produce ORIGINAL naturalization certificate along with birth certificate from country you were born in.) or a permanent, legal resident alien with a valid permanent resident alien card with birth certificate from country you were born in.
-Proof of Lawrence residency

## *No FID card is required for Chemical Sprays as of August 13, 2014.*

**Just need to be 18yrs. or older**

**Firearms Identification Card(FID)** - Non-large capacity rifles, shotguns and pepper spray only, **fee: *$100.00 money order only.***

-You must be age 18 years or older. (15 years with "in-person" written permission from parent or legal guardian.)
-You must be a U.S citizen, born or naturalized (birth certificate if U.S. born; if naturalized, MUST produce ORIGINAL naturalization certificate along with birth certificate from country you were born in.) or a permanent, legal resident alien with a valid permanent resident alien card with birth certificate from country you were born in.
-Proof of Lawrence residency

Fees to apply are payable in cash or money order only (NO personal checks or credit cards.)

A Class A covers all firearms but NOT machine guns.

A FELONY conviction is an automatic lifetime disqualifier.

Certain misdemeanor convictions can also be lifetime disqualifiers

.
LTC Class A in addition to a clean criminal record, there is the issue of "suitability."

If you are requesting a Class A for employment/business-owner purposes, you will also need to submit a signed request by your employer on company letterhead and/or produce evidence of being a bona fide business owner (i.e. city/state licenses-permits in the business-owner's name.)

***Class A and FID-Class C, require completion of a "Massachusetts-approved" Basic Firearms Safety Course.***
Restricted FID (chemical spray) does not.

Once these basic steps are completed, please email Off. Scanlon at: escanlon@lawpd.com or call 978-794-5900 Ext. 584, clearly leave your name and telephone number to set up an appointment.

**RENEWALS:** contact Off. Scanlon 2 to 4 months PRIOR to date of expiration for renewal appointment.

It is suggested you pick up a firearms licensing flyer at the Lawrence Police Department for more information on firearms safety classes.

# Stoughton Police Department

26 Rose Street
Stoughton, MA 02072

781-344-2424

EMERGENCY DIAL 9-1-1

## *Quick Links*

Sex Offender Lookup

Follow Us on Facebook

Daily Police Logs

Police Home Application & Forms FAQs Crime Reports Contact Us

Search

Home ›› Departments ›› Police

# Firearms Licensing

The following information will be required in order to apply for an LTC or FID **prior to making an appointment with the Licensing Officer**. Please **DO NOT** mail or drop off at the station, any documents, handwritten applications, fees or paperwork unless you have been directed to do so after an appointment with the Licensing Officer.

**LTC/FID New applicant prerequisite information:**

- MA Driver's License or State issued ID
- Safety course certificate
- Birth certificate, naturalization papers or green card
- 2 letters of reference (include contact # for reference)
- 1 letter to the Chief of Police stating why you are applying
- 3 forms of proof of residence
- Money order or check payable to Town of Stoughton for the fee (see FEES below)

**First time renewal after moving to Stoughton:**

- MA driver's license
- 3 forms of proof of residence

**FEES:**

- LTC/FID New and renewal $100
- FID pepper spray only $25
- Renewal for full time Law Enforcement $25 (may require proof of employment)
- Renewal over 70 years of age  NO FEE, waived

**Firearms Transfers:**

All necessary documents that are required for firearms transfers are maintained by the Massachusetts Firearms Records Bureau and are available on their website.

**Safety Course Information:**
Prior to applying, you will be required to take and provide proof of completion of an approved Firearms Safety Course. The Massachusetts Firearms Records Bureau website maintains a list of approved courses and instructors. Please see the link above.

Accreditation Public Notice of Assessment

Community Policing

Complaint Investigation

Compliment / Complaint Form

Contact US

Firearms Licensing

Identity Theft

Stoughton Police Department, 26 Rose Street, Stoughton, MA 02072 (781) 344-2424
Website Disclaimer Virtual Towns & Schools Website
Login

Worcester

# Firearms LTC/FID

## Firearms Basic Safety Course

Upcoming Firearms Basic Safety Course dates are listed below. There is a twenty dollar ($20.00) charge for residents of the City of Worcester and a thirty-five dollar ($35.00) charge for non-residents (non-refundable). We accept cash, checks or money orders payable to the City of Worcester (no charge or debit cards accepted). You must register in advance at the Worcester Police Department License Division, Monday through Friday between 8:00 AM and 11:30 AM, and 1:00 PM and 2:30 PM. Space for each course is limited and availability is on a first-come-first served basis.

****** Be Advised ******

Firearms Identification Cards (FID) and License to Carry's (LTC) are processed by appointment only. Please call the License Division at (508) 799-8648 between the hours of 8:00 AM - 11:30 AM, Monday through Friday to schedule an appointment.

**Due to the high volume of new applications, the License Division is currently booking appointments in November of 2017.**

## Upcoming Course Dates

- Wednesday August 16th, 2017
- Saturday August 19th, 2017
- Wednesday August 30th, 2017

## Requirements for Application for a License to Carry Firearms

1. The applicant must be at least 21 years of age, a resident of the City of Worcester, a citizen or Permanent Resident Alien.
2. The applicant must submit a completed application, a copy of their **Birth Certificate, Naturalization Papers or Permanent Resident Card**, whichever is applicable.
3. The applicant must submit (2) two **typed** and **signed** letters of recommendation. The recommendation must come from a responsible person (NO RELATIVES, no Worcester Police Officers). The letter must state you are a fit person to possess a firearm.
4. If you have appeared in court for any criminal offense, or if you were the subject of a 209A Restraining Order, you must obtain and submit copies of police reports, 209A affidavits and court documents. When completing your application, pay close attention to Question #5. Please understand that the question **"Have you ever appeared in any court as a defendant"** includes all adult and juvenile appearances. It does not matter when you appeared or if the charges were Dismissed, Continued Without a Finding or any other disposition. YOU MUST WRITE IT DOWN. YOU ARE SIGNING THE APPLICATION UNDER THE PENALTIES OF PERJURY. YOU CAN BE DENIED A LICENSE AND COULD FACE COURT PROSECUTION FOR PERJURY IF NOT ANSWERED TRUTHFULLY.
5. The License Fee is $100.00 payable by Cash, Check or Money Order (made out to the City of Worcester) (non-refundable).
6. Prior to your appointment date, you must attend a **State Certified Firearms Safety Course.** Courses are available twice a month at the Worcester Police Department. There is a $20 fee for City residents and a $35 fee for non-residents. Payment is due at time of sign up in the License Unit at the Worcester Police Department.
7. If you are seeking a License to Carry for employment purposes (armed guard or security work) a letter from your employer typed on company letterhead must accompany your application.

8. Applications are processed by **APPOINTMENT ONLY** on Tuesday, Wednesday and Thursdays. **Please call (508) 799-8648** between the hours of 8:00 AM - 11:00 AM, and 1:00 PM - 2:30 PM, Monday through Friday to schedule an appointment.

## *Requirements for Application for a Firearms Identification Card*

1. A completed application.
2. Copy of Birth Certificate or Naturalization Papers. For an FID, the minimum age requirement is 15 years of age and must be accompanied by a legal guardian up until the age of 18.
3. Firearms Safety Certificate. *Not required for Mace or Chemical Spray.*
4. Massachusetts Driver's License or Mass ID with current address.
5. One hundred dollar ($100.00) application fee (non-refundable).
6. Twenty-five dollar ($25.00) application fee for applicants ages 15 to 17.

Several of your frequently asked questions may be answered by visiting the Firearms Support Services website.

All Non-Resident and Resident Alien Permits are issued through the Firearms Record Bureau. For more information please call (617) 660-4780.

## *Massachusetts Gun Transaction Portal*

**Important Notice** - Massachusetts law now requires all firearms license holders and gun owners to report all personal sales, transfers and surrenders of firearms through the Massachusetts Gun Transaction Portal. Paper FA-10 forms will no longer be accepted for the above purposes.

The Portal is available via the internet at https://mircs.chs.state.ma.us/fa10 .

Questions about the new Portal should be directed to the Massachusetts Department of Criminal Justice Information Services at frb@state.ma.us or at (617) 660-4782.

- Letter to Firearms License Applicants

## *Additional Resources*

- Application for New/Renewal Firearms Identification Card (FID) or License to Carry (LTC) *(255KB)*
- Change of Address Notification for FID or LTC *(27KB)*
- Massachusetts Firearms Registration and Transfer System

© 2017 | Copyright City of Worcester, MA | All Rights Reserved.

# NEEDHAM POLICE DEPARTMENT

## FIREARMS LICENSING

Appointments are required for New Applicants and for Renewal Applicants who were previously licensed in another jurisdiction and are therefore new to the Needham Police Department.
Ph: (781) 455-7570 ext. 223

Other renewals may be processed between the hours of 9:00 am and 3:00 pm Monday thru Friday. Please call (781) 444-1212 before you come in.

### Fee Schedule

*Cash, Check or Money Order Payable to the Town of Needham*

| Type of License | Cost | Fee Exemptions |
|---|---|---|
| LTC (Class A or B) | $100 | Free for renewals over 70 years old |
| FID (Class C) | $100 | Free for renewals over 70 years old |
| FID (Restricted Class D) pepper spray and mace | $25 | Free for all renewals |

**Renewal Requirements**

- Applicable fee
- Current Firearms License, or valid photo identification
- With a current **valid** license to carry firearms or FID, a basic firearms safety certificate will not be required.
- ***For LTC renewals only-*** If you were licensed in another city or town, and therefore new to the Needham Police Department, you must submit must submit the following
  - A letter from the police department of that city or town stating that there have been no problems that might indicate that you are an unsuitable person for the renewal of license to carry.
  - Must submit a letter stating purpose for application signed by applicant
  - Written references from two parties, who are either known to, or otherwise found satisfactory by, the Needham Police Department, stating that the applicant is of sound mind and character and is believed by the reference to have demonstrated responsibility for the safe possession and use of a firearm. Each reference must be neat and legible and must contain the full name, home address, and home telephone number of the reference. Each reference must state how long he/she has known the applicant, the specific basis for his/her opinion that the applicant is of sound character and is responsible.

**New FID Requirements**

- Applicable fee
- Valid photo identification
- Massachusetts State Police Basic Firearms Safety Certificate, or a certificate issued by the Division of Fisheries and Wildlife, evidencing satisfactory completion of a hunting safety course. ***Not required for FID Restricted (pepper spray, mace) applications**

**New LTC Class A or B Requirements**

- Applicable Fee
- Valid photo identification
- Must be 21 years old at time of application
- Must be a US Citizen
- Must submit a letter stating purpose for application signed by applicant
- Must submit a Massachusetts State Police Basic Firearms Safety Certificate. A certificate issued by the Division of Fisheries and Wildlife, evidencing satisfactory completion of a hunting safety course, shall serve as a valid substitute.
- Applicants who are applying for a license to carry firearms, who previously possessed a firearms identification card, must submit a basic firearms safety certificate.
- The applicant must submit written references from two parties, who are either known to, or otherwise found satisfactory by, the Needham Police Department, stating that the applicant is of sound mind and character and is believed by the reference to have demonstrated responsibility for the safe possession and use of a firearm. Each reference must be neat and legible and must contain the full name, home address, and home telephone number of the reference. Each reference must state how long he/she has known the applicant, the specific basis for his/her opinion that the applicant is of sound character and is responsible. References will be contacted to verify identity.
- The applicant must submit documentation as applicable at the time of application. Other documentation, such as the following, may be requested depending upon circumstances:
    a. Proof of residency in the Town of Needham. (3 bills showing name and residence.
    b. Letter from an employer indicating that possession of such a license to carry firearms is a requirement for the applicant's employment.
    c. Massachusetts Secretary of State - Articles of Organization showing business ownership.
    d. Proof of membership in a firearms club.
    e. Current, valid hunting license.
    f. Certificate of Naturalization.
    g. Other statutorily required documents.

   

Home | Divisions | Services | Contact Us | General Information

Somerville Police Department
220 Washington St
Somerville, MA 02143
(In Union Square)
East Substation: 81 Broadway
West Substation: 1114 Broadway

Emergency: Dial 9-1-1
Non-Emergency Phone Directory

Follow us to stay up-to-date on the latest traffic and safety alerts!

**Quicklinks**
- Records Requests
- Installing Child Safety Seats
- Sex Offender Look-Up
- Request Traffic Enforcement
- What To Do After A Motor Vehicle Crash

**Article Search**
Go Search...

Home Services **Firearms Licensing**

**Change Language**
Select Language
Powered by Google Translate

**All licensing** is done by appointment only at the Somerville Police West Substation (located at 1114 Broadway). If you would like to make an appointment, please call **617-625-1600 x 7330**.

**Requirements for Obtaining an License to Carry (LTC) or Firearms Identification (FID):**

**APPLICATION:** Applications are to be completed prior to your scheduled appointment. At the top of the first page, please print an email address. Be sure to answer truthfully and type or print legibly. NOTE: Question (10) of page (2) of the LTC application refers to any criminal charge brought forth against you, in the court of law, regardless of the outcome. If you appeared in court as a defendant and the charges brought against you were filed, dismissed, pardoned, sealed, etc., it is still your responsibility to inform the licensing authority. Be advised that if your application is not completed truthfully, your LTC or FID request will automatically be denied.

**LICENSE FEE:** A $100 non-refundable fee is collected when applying for a LTC or FID. A one-time $25 non-refundable fee is collected when applying for a Restricted FID. Money orders are the only forms of payment accepted. Cash is not accepted. Please make money orders payable to: City of Somerville. NOTE: All fees are waived for applicants who are 70 years of age or older.

**IDENTIFICATION:** You must bring a valid photo identification. This includes a valid Massachusetts Drivers License and/or Massachusetts Identification Card.

**LTC or FID:** Renewal candidates should bring their current or expired LTC or FID.

**CITIZENSHIP:** Naturalized citizens are required to bring a Naturalization Certificate, which should include the date, number, and location (city/state) of naturalization. Renewal will not require proof of citizenship.

**RESIDENCY:** Applicants are required to bring one (1) of the following documents to prove Somerville residency and/or business location: utility invoice, credit card invoice, certified voter registration and/or business registration. NOTE: The forms listed above are the only forms accepted as proof of residency. Insurance invoices and/ or documents from registry of Motor Vehicles will not be accepted.

**FIREARMS SAFETY COURSE:** First time LTC or FID applicants are required attend a State certified Massachusetts Hunter Safety and/or Massachusetts State Police Basic Firearms Safety course. A certificate from either course will be required on the date of your appointment. This does not apply to renewal candidates.

**LETTER to LICENSING AUTHORITY:** If you are applying for an LTC you must submit a letter addressed to Captain James Donovan specifying the reasons that you are requesting a license. NOTE: If you are applying for the purpose of employment, you will also be required to submit a letter from your employer supporting your claim.

**APPOINTMENTS:** All applications are processed and submitted for review by appointment only.

***DROP-OFFS WILL NOT BE ACCEPTED FOR ANY REASON

DOWNLOAD

Firearms Identification (FID) Card or License to Carry Firearms (LTC) Application

Massachusetts Residents should use this form to apply for or renew a LTC or FID card at their local police department.

**Latest News**
- National Night Out 2017
- Massachusetts Elder Protective Services Hotline
- Click It or Ticket Campaign 2017
- Somerville Police Department Certification Ceremony
- Maritime Training

Somerville Police Department
22 hours ago

The Youth-Police Walking





SHERBORN MASSACHUSETTS

 I'm looking for... Sut

About Sherborn
Town Departments
Boards & Committees
Minutes & Agendas
Town Calendars
Forms & Documents
Land Development
Schools
Library
Community Page
GIS Maps Online
Talk To Us
Subscribe to E-Notices
Human Resources
Home Page

**Official Webpage of the Town of Sherborn**

**Town Hall**
**19 Washington Street**
**Sherborn, MA 01770**
Phone & Fax Numbers

# Firearms

Printer-Friendly Version

**Firearms Licensing Application Procedure:**

After satisfying the below requirements for the type of license you are applying for, please contact the Firearms Licensing Office to arrange for an appointment to process your application:

Firearms Licensing
Phone: 508-653-2424
Email:
firearmslicensing@sherbornpolice.org

The Firearms Licensing Officer will contact you about arranging a time to come to the Sherborn Police station and process your application. Please plan on spending at least thirty minutes at the station for photographs and fingerprints where applicable.
***Note*Appointments are subject to last minute cancellation due to emergency call prioritization. Please call the front desk @ 508-653-2424 approximately 15 minutes prior to arriving at the station to confirm.***

**Requirements**

**License to Carry Applicants: New Issue:**

- Completed Commonwealth of Massachusetts Firearms Licensing Application referenced above. Applicants may pick up the Commonwealth of Massachusetts Firearms Licensing Application at the front desk of the Sherborn Police Department 24 hours a day or may download at the following link http://www.mass.gov/eopss/docs/chsb/firearms/firearms-identification-fid-card-or-license-to-carry-firearms-ltc-application.pdf
- Applicants for firearms licensing must be residents of Sherborn or own a business in Sherborn.



- Applicants must submit the following photocopies:
- Birth Certificate or Citizenship Papers (whichever applies)
- MA Drivers License or ID card with current address on front
- License to Carry applicants for Class A or Class B or Class E (License to Possess a Machine Gun) must be twenty-one (21) years of age.
- First time applicants must provide a copy of an approved Firearms Safety Certificate with the application.

- APPLICATI ON FEES: License to Carry Class A and Class B and Class E (Machine Gun License) are

  $100. Payable by **check only** and made out to: *Town of Sherborn.* Cash or credit cards are **not** accepted. ***Note: The application fee is non-refundable.***

- All applicants will be reviewed and evaluated by licensing authority.
- If requested for employment purposes, a letter from employer on company letterhead requesting issuance and reason for request must accompany the application.

**Renewals:**

- Renewal applicants are eligible to submit their application within 90 days of the expiration of their current license.
- Completed Commonwealth of Massachusetts Firearms Licensing Application referenced above. Applicants may pick up the Commonwealth of Massachusetts Firearms Licensing Application at the front desk of the Sherborn Police Department 24 hours a day or may download at the following link http://www.mass.gov/eopss/docs/chsb/firearms/firearms-identification-fid-card-or-license-to-carry-firearms-ltc-application.pdf
- APPLICATI ON FEES: License to Carry Class A and Class B and Class E (Machine Gun License) are

  $100. Payable by check only and made out to: *Town of Sherborn.* Cash or credit cards are not accepted. Applicants over the age of seventy (70) have NO FEE for Class A and Class B license applications. *Note: The application fee is non-refundable.*

- All applicants will be reviewed and evaluated by licensing authority.
- If requested for employment purposes, a letter from employer on company letterhead requesting issuance and reason for request must accompany the application.

**Firearms Identification Card Applicants: New Issue:**

- Completed Commonwealth of Massachusetts Firearms licensing Application referenced above. Applicants may pick up the Commonwealth of Massachusetts Firearms Licensing Application at the front desk of the Sherborn Police Department 24 hours a day or may

download at the following link http://www.mass.gov/eopss/docs/chsb/firearms/firearms-identification-fid-card-or-license-to-carry-firearms-ltc-application.pdf

- Applicants for firearms licensing must be residents of Sherborn or own a business in Sherborn.
- Applicants must submit the following photocopies:
- Birth Certificate or Citizenship Papers (whichever applies)
- MA Drivers License or ID card with current address on front
- Firearms Identification Card applicants must be at least fifteen (15) years of age. Applicants *between the ages of fifteen and eighteen* must provide a letter granting permission from a parent or legal guardian.
- First time applicants for Firearms Identification Card (Class C) must provide a copy of an approved Firearms Safety Certificate with the application. *Note: Applicants for a Firearms

  Identification Card Class D (Restricted-Mace and Pepper Spray Only) do not need a safety course. *
- APPLICATI ON FEES: Firearms Identification Card Class C is $100 and Class D (Restricted Spray Only) is $25.Payable by check only and made out to: *Town of Sherborn.* Cash or credit cards are not accepted. *Note: The application fee is non-refundable.*
- All applicants will be reviewed and evaluated by licensing authority.
- If requested for employment purposes, a letter from employer on company letterhead requesting issuance and reason for request must accompany the application.

**Renewals:**

- Renewal applicants are eligible to submit their application within 90 days of the expiration of their current license.
- Completed Commonwealth of Massachusetts Firearms Licensing Application referenced above. Applicants may pick up the Commonwealth of Massachusetts Firearms Licensing Application at the front desk of the Sherborn Police Department 24 hours a day or may download at the following link http://www.mass.gov/eopss/docs/chsb/firearms/firearms-identification-fid-card-or-license-to-carry-firearms-ltc-application.pdf
- APPLICATION FEES: Firearms Identification Card Class C is $100 and Class D (Restricted Mace and Pepper Spray Only) is $25.Payable by check only and made out to: *Town of Sherborn.* Cash or credit cards are not accepted. Applicants over the age of seventy (70) have NO FEE for Class A and Class B license applications. *Note: The application fee is non-refundable.*
- All applicants will be reviewed and evaluated by licensing authority.
- If requested for employment purposes, a letter from employer on company letterhead requesting issuance and reason for request must accompany the application.

Braintree

*IMPORTANT*

(PLEASE TAKE WITH YOU)

WHEN FILING AN APPLICATION FOR YOUR LICENSE TO CARRY YOU MUST HAVE A BIRTH CERTIFICATE AND YOUR DRIVER'S LICENSE WITH CURRENT ADDRESS. THE NON-REFUNDABLE $100.00 CASH APPLICATION FEE MUST BE PAID WHEN YOU FILE YOUR APPLICATION. <u>YOUR SOCIAL SECURITY NUMBER IS REQUIRED ON YOUR APPLICATION IN ORDER TO COMPLETE THE FEDERAL BACKGROUND CHECKS.</u>

APPLICATIONS ARE NOW PROCESSED BY APPOINTMENT ONLY. PLEASE CALL OFFICER JACK TWOHIG at (781)794-8623 TO SCHEDULE YOUR APPOINTMENT. EACH APPOINTMENT TAKES APPROXIMATELY 30 TO 45 MINUTES.

YOU WILL BE CONTACTED TO PICKUP YOUR LICENSE AFTER IT HAS BEEN APPROVED BY THE STATE. THIS PROCESS GENERALLY TAKES 10 TO 12 WEEKS. THE COMMONWEALTH OF MASSACHUSETTS HAS REINSTITUTED THE 90 DAY GRACE PERIOD IF YOU APPLY FOR RENEWAL PRIOR TO YOUR LTC EXPIRATION DATE.

PLEASE NOTE THAT LTC RENEWALS CAN NOT BE PROCESSED UNTIL YOUR OLD LTC IS WITHIN 45 DAYS OF EXPIRATION. WE REQUIRE A COPY OF THE FRONT AND BACK OF YOUR OLD LTC WITH YOUR PAPERWORK

GUN PERMITS FOR TARGET PRACTICE ARE ISSUED ONLY TO THOSE WHO ARE CURRENT MEMBERS OF A GUN CLUB. PROOF OF CURRENT MEMBERSHIP IS REQUIRED.

GUN PERMITS FOR HUNTING PURPOSES ARE ONLY ISSUED TO THOSE WHO HAVE A CURRENT HUNTING LICENSE.

A GUN SAFETY COURSE IS REQUIRED FOR ALL FIRST-TIME ISSUE GUN PERMITS.

IF YOU ARE A NATURALIZED CITIZEN, YOU MUST SUBMIT A COPY OF YOUR NATURALIZATION PAPERS WITH YOUR APPLICATION.

PLEASE NOTE: FIRST TIME APPLICANTS IN BRAINTREE ARE REQUIRED TO FURNISH FIVE LETTERS OF RECOMMENDATION. FORM LETTERS AND LETTERS FROM RELATIVES WILL NOT BE ACCEPTED.

<u>PLEASE PAY PARTICULAR ATTENTION TO PAGE 2 OF THESE INSTRUCTIONS REGARDING QUESTION [illegible]. 4</u>

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OFFICER JACK TWOHIG AT (781)794-8623.

THANK YOU

License to Carry/Firearm Identification Card

**Question #** ■ 4 Have you ever appeared in any court as a defendant for any criminal or criminal traffic offense? You do not have to put down non-criminal traffic offenses (Key word, appeared, not necessarily arrested)

Having been arrested and convicted of a crime does not necessarily prohibit you from getting a L T C or F I D. Not putting it down does.

Understand that "ever appeared" includes all adult and juvenile appearances. It does not matter if you were found not guilty or if the charges were dismissed or continued without a finding; you have to put it down. If you do not answer truthfully we will find out, no matter how long ago. If you have a sealed record, let us know. (you do not have to tell us what is in the sealed record) We do get notified of sealed records disqualifiers.

We will not accept "I forgot" or "They" told me it would not show up. "It never showed up before" "That was so long ago"

Make any changes **now**, Remember you are signing under the penalties of perjury and you will be denied a license for that and face court prosecution for perjury.



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
Department of Criminal Justice Information Services
200 Arlington Street, Suite 2200, Chelsea, MA 02150
mass.gov/cjis | TTY: 617-660-4606

PD USE ONLY
FTN: ______________
LIC #: ______________

***You must submit this form to your local police department***

# MASSACHUSETTS RESIDENT LTC/FID/MACHINE GUN APPLICATION

**FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY FIREARMS OR LICENSE TO POSSESS A MACHINE GUN (M.G.L c. 140, §§ 129B, 131)**

## CHECK ONE:

_ New Applicant*

_ Renewal - Most Recent License to Carry/FID Number: ______________________________

*NOTE: If application is for a first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached, unless exempt by statute. If this is a renewal application, a lost/stolen firearms affidavit must be submitted.

## LICENSE APPLICATION TYPE (Check Only One):

_ Firearms Identification Card - Restricted (self-defense spray)

_ Firearms Identification Card

_ License to Carry

_ License to Possess a Machine Gun

_ Gun Club License (Only the Colonel of the State Police can issue a club license)

## EXCEPT FOR SIGNATURE, PRINT OR TYPE ALL REQUESTED INFORMATION:

Last Name | First Name | Middle Name | Suffix

Residential Address | City | State | Zip Code | Telephone Number

Mailing Address | City | State | Zip Code | Telephone Number

Date of Birth | Place of Birth (City, State, Country)

Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name

Height | Weight | Build | Complexion | Hair Color | Eye Color

Occupation | Social Security Number (Optional) | Drivers License Number

Employed By | Business Address

City/Town | State | Zip | Telephone Number

**ANSWER THE FOLLOWING QUESTIONS COMPLETELY AND ACCURATELY:**

1. Are you a citizen of the United States? ☐ YES ☐ NO

   If lawful permanent resident alien, give green card number and resident date

   ______________________________
   Green Card Number Resident Since (date)

   If naturalized, give date, place and naturalization number

   ______________________________
   Date Place Naturalization No.

2. Have you ever renounced your U.S. citizenship? ☐ YES ☐ NO

3. What is your age? ________ (You must be 21 to apply for a LTC, 18 to apply for a FID card, or 14 to 17 with submission of a certificate of parent or guardian granting permission to apply for a FID card or FID card – Restricted).

4. Have you ever been arrested or appeared in court as a defendant for any criminal offense? ☐ YES ☐ NO

5. Are you the subject of any pending criminal charges? ☐ YES ☐ NO

6. Have you ever been convicted of a felony? ☐ YES ☐ NO

7. Have you ever been convicted of the unlawful use, possession, or sale of controlled substances as defined in M.G.L. c. 94C, § 1? ☐ YES ☐ NO

8. Have you ever been convicted of a violent crime or a crime of domestic violence? ☐ YES ☐ NO

9. Have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child in any state or federal jurisdiction? ☐ YES ☐ NO

10. Are you now, or have you ever been the subject of a restraining order issued pursuant to M.G.L. c. 209A, or a similar order issued by another jurisdiction? ☐ YES ☐ NO

11. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? ☐ YES ☐ NO

12. Have you ever been committed to any hospital or institution for mental illness, or alcohol or substance abuse? ☐ YES ☐ NO

13. Has any firearms license issued under the laws of any state or territory ever been suspended, revoked, or denied? ☐ YES ☐ NO

14. Have you been discharged from the armed forces of the United States under dishonorable conditions? ☐ YES ☐ NO

15. Have you been the subject of an order of the probate court appointing a guardian or conservator? ☐ YES ☐ NO

**If you answered "YES" to any of the questions 2-15, give details which must include dates, circumstances and location; use a separate sheet of paper if necessary.**

______________________________

______________________________

______________________________

______________________________

**Have you ever used or been known by another name?** ☐ YES ☐ NO

If "YES", provide name and explain: ______________________________

**Other than Massachusetts, in what state(s), territory(ies), or jurisdiction(s) have you lived?** ☐ NONE

______________________________

**Have you ever held a firearms license in any other state, territory or jurisdiction?** ☐ YES ☐ NO

If "YES", when, where, and license number? ______________________________

______________________________

**List the name and addresses of two references (as required by your licensing authority)**

1. ______________________________

Last Name First Name

______________________________

Address City/Town State Zip

2. ______________________________

Last Name First Name

______________________________

Address City/Town State Zip

**Reason(s) for requesting the issuance of a card or license:**

☐ Target & Hunting ☐ Sporting ☐ Employment ☐ Unrestricted (use lines below to indicate the reason(s) you are requesting an unrestricted LTC; use a separate sheet of paper if necessary)

______________________________

______________________________

______________________________

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (M.G.L c.140, §§ 129B(8), 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms. I understand that filing an application that contains false information is a criminal offense.

Signed under the penalties of perjury this ____________ day of ____________ ____________

day month year

Signature of Applicant: ______________________________

Massachusetts License to Carry (LTC)/Firearms Identification Card (FID) Affidavit

Complete this form **only** if you are **renewing** your firearms license.

License Holder Name: ______________________________

Current LTC or FID card Number: ______________________________

*Please select one:*

**A.** ☐ (No firearm(s) lost or stolen since previous issuance of LTC or FID card)

1. I am renewing a Massachusetts firearms identification (FID) card or license to carry (LTC) firearms.

2. I have not lost one or more firearms or had any firearms stolen since the renewal or issuance of my last FID card or LTC.

**OR**

**B.** ☐ (Firearm(s) reported lost or stolen since previous issuance of LTC or FID card)

1. I am renewing a Massachusetts firearms identification (FID) card or license to carry (LTC) firearms.

2. I have lost one or more firearms or have reported stolen one or more firearms since the renewal or issuance of my last FID card or LTC.

*List all lost or stolen firearms below; use additional sheets as necessary.*

| Lost or Stolen | Date Reported Lost or Stolen | Reported to (Police Dept.) | Type | Make | Model | Serial Number | Case Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The above information is true and accurate to the best of my knowledge and belief.

*SIGNED UNDER THE PENALTIES OF PERJURY:*

Signature:______________________________ Date:____________________