UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN COOTE, <br>       Plaintiff <br> v. <br> PATRICK KEEFE, in his Capacity as the Chief of Police of the Town of Andover Police Department, <br>       Defendant | **CIVIL ACTION NO. 1:17-CV-11474-LTS** |

## ANSWER OF DEFENDANT PATRICK KEEFE, IN HIS OFFICIAL CAPACITY AS THE CHIEF OF POLICE OF THE TOWN OF ANDOVER POLICE DPEARTMENT, TO PLAINTIFF'S COMPLAINT

1. Defendant Patrick Keefe ("Defendant") is without information sufficient to form a belief as to the truth of these allegations.

2. Plaintiff has provided the Defendant with sufficient documentation such that the Defendant is prepared to accept the documents which the Plaintiff submitted as sufficient proof of the Plaintiff's United States citizenship.

3. The first sentence is admitted. With regard to the second sentence, the Defendant is without information sufficient to form a belief as to the truth of these allegations.

4. The Defendant is without information sufficient to form a belief as to the truth of these allegations.

5. The Defendant is without information sufficient to form a belief as to the truth of these allegations.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. The Defendant neither admits nor denies and says that the statute speaks for itself.

16. The Defendant neither admits nor denies and says that the statute speaks for itself.

17. Admitted.

18. Admitted.

19. Denied.

20. Plaintiff has provided the Defendant with sufficient documentation such that the Defendant is prepared to accept the documents which the Plaintiff submitted as sufficient proof of the Plaintiff's United States citizenship.

21. Denied.

22. Denied.

23. Plaintiff has provided the Defendant with sufficient documentation such that the Defendant is prepared to accept the documents which the Plaintiff submitted as sufficient proof of the Plaintiff's United States citizenship.

24. Denied.

25. Defendant is without information sufficient to form a belief as to the truth of these allegations.

26. Defendant is without information sufficient to form a belief as to the truth of these allegations.

27. Defendant is without information sufficient to form a belief as to the truth of these allegations.

28. The Plaintiff informed the Andover Police Department that he would be providing a Naturalization Document and he never did so.

29. Denied.

30. Defendant is without information sufficient to form a belief as to the truth of these allegations.

31. Defendant is without information sufficient to form a belief as to the truth of these allegations.

32. Denied.

33. Denied.

34. Defendant restates his responses to Paragraphs 1 through 33 and incorporates them herein.

35. Denied.

36. Defendant restates his responses to Paragraphs 1 through 34 and incorporates them herein.

37. Denied.

38. Defendant restates his responses to Paragraphs 1 through 37 and incorporates them herein.

39. Denied.

40. Defendant restates his responses to Paragraphs 1 through 40 and incorporates them herein.

41. Denied.

42. Denied.

43. Defendant restates his responses to Paragraphs 1 through 43 and incorporates them herein.

44. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff is estopped from his claim here. Plaintiff signed the gun permit application "under the pains and penalties of perjury." On the application the Plaintiff misrepresented a crucial and material fact which is important in gun licensing, to wit, the Plaintiff's residential address. That material misrepresentation alone, under oath, is a ground upon which to deny the Plaintiff's application. The Plaintiff never filed an amended application containing his actual residential address.

2. Plaintiff does not have standing to bring this action. Defendant is prepared to accept the documents which the Plaintiff submitted with his application as sufficient proof of the Plaintiff's United States Citizenship. See the letter dated August 23, 2017 from Andover Town counsel to Plaintiff's Counsel attached hereto.

3. This action is moot. Defendant is prepared to accept the documents which the Plaintiff submitted with his application as sufficient proof of the Plaintiff's United States Citizenship. See the letter dated August 23, 2017 from Andover Town counsel to Plaintiff's Counsel attached hereto.

4. Plaintiff has suffered no damages. Defendant is prepared to accept the documents which the Plaintiff submitted with his application as sufficient proof of the Plaintiff's United States Citizenship. See the letter dated August 23, 2017 from Andover Town counsel to Plaintiff's Counsel attached hereto.

5. Plaintiff never completed the application process and his application was not denied.

6. Plaintiff has failed to state a claim upon which relief may be granted. Defendant is prepared to accept the documents which the Plaintiff submitted with his application as sufficient proof of the Plaintiff's United States Citizenship. See the letter dated August 23, 2017 from Andover Town counsel to Plaintiff's Counsel attached hereto.

7. Plaintiff has not been deprived of any constitutional right. Defendant is prepared to accept the documents which the Plaintiff submitted with his application as sufficient proof of the Plaintiff's United States Citizenship. See the letter dated August 23, 2017 from Andover Town counsel to Plaintiff's Counsel attached hereto.

8. Plaintiff is not a prevailing party in this litigation so he is not entitled to an award of attorney's fees.

WHEREFORE, Defendant Patrick Keefe requests that this Court:

1. Declare that the Defendant did not violate the Plaintiff's constitutional rights;

2. Dismiss this action with prejudice;

3. Award the Defendant his attorney's fees and costs; and

4. Enter such other relief as is just and appropriate.

Date:  August 30, 2017

                            PATRICK KEEFE, in his Official Capacity as the Chief of Police of the Town of Andover Police Department

By his attorney

/s/ Thomas J. Urbelis
Thomas J. Urbelis, Esq., BBO #506560
Urbelis & Fieldsteel, LLP
155 Federal Street
Boston, MA 02110
(617) 338-2200
Fax (617) 338-0122
tju@uf-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of August, 2017 a copy of the foregoing Answer of Defendant Patrick Keefe, in his Official Capacity as the Chief of Police of the Town of Andover Police Department, to the Plaintiff's Complaint was filed electronically and served by email to all parties by operation of the Court's electronic filing system. This filing may be accessed through the Court's CM/ECF System.

/s/ Thomas J. Urbelis
Thomas J. Urbelis, Esq., BBO #506560
Urbelis & Fieldsteel, LLP
155 Federal Street
Boston, MA 02110
(617) 338-2200
Fax (617) 338-0122
tju@uf-law.com

URBELIS & FIELDSTEEL, LLP
155 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1727

THOMAS J. URBELIS
e-mail tju@uf-law.com

Telephone 978-475-4552
Telephone 617-338-2200
Telecopier 617-338-0122

August 23, 2017

**By Regular U.S. Mail and
Electronic Mail**

Jeffrey T. Scrimo, Esq.
Lynch Scrimo Attorneys
68 Main St., P.O. Box 1787
Lenox, MA 01201

   RE: Marvin Coote v. Patrick Keefe, Town of Andover Chief of Police
      USDC No. 17-11474

Dear Attorney Scrimo:

  I am Town Counsel for the Town of Andover, Massachusetts.

  Your client, Marvin Coote, never completed the application process with the Town of Andover and accordingly was never denied his application for a Massachusetts License to Carry ("LTC") card. Andover Police Chief Patrick Keefe is prepared to accept the documents which Mr. Coote submitted with his application dated September 12, 2016 as sufficient proof of Mr. Coote's United States citizenship.

  Therefore, if Mr. Coote wishes to complete the application process he should:

1. Call Andover Police Sergeant Mark Higginbottom at (978) 475-0411 ext. 3035 for an appointment, which is standard procedure for such applications;

2. Bring a $100.00 check payable to the Town of Andover to the appointment; and

3. Bring his Massachusetts Driver's License as physical identification.

  At the appointment, his photograph and fingerprints will be taken. If everything is in order, the process for receipt of the card from the Commonwealth usually results in the card being issued within 75 days after the appointment.

URBELIS & FIELDSTEEL, LLP
August 23, 2017
Page 2

    Please advise by 1:00 p.m., August 25, 2017 as to whether and when Mr. Coote will make the appointment with Sergeant Higginbottom.

    Since the issue which is the subject matter of the above-referenced litigation has been resolved, please file a Stipulation of Dismissal and kindly send me a copy of the filing.

                                            Very truly yours,

                                            Thomas J. Urbelis

TJU/kmp
cc:    Chief Patrick Keefe