UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN COOTE,<br>                Plaintiff<br>v.<br><br>PATRICK KEEFE, in his Capacity as the<br>Chief of Police of the Town of Andover<br>Police Department,<br>                Defendant | **CIVIL ACTION NO. 1:17-CV-11474-LTS** |

## AFFIDAVIT OF LINDA LANE

Linda Lane hereby states the following under oath:

1. I am the Administrative Assistant to the Detective Bureau of the Andover Police Department. A part of my duties is to review applications for a License to Carry Firearms for completeness. I also enter the information on the application to the Commonwealth's computer system for processing and approval by the Commonwealth.

2. Attached is a copy of the standard Commonwealth of Massachusetts application form which is used by the Andover Police Department.

3. On the first page of the application, an applicant must list place of birth. Question 1 on the second page asks if the applicant is a citizen of the United States and also states: "If naturalized, give date, place and naturalization number."

4. In my experience, if the applicant lists a place of birth outside of the United States and the applicant does not give the date, place and naturalization number, the Commonwealth's computer system will not accept the application.

5. On Marvin Coote's September 12, 2016 application he listed a birthplace as someplace outside of the United States and stated "see attached" in response to the question

about naturalization number. However, nothing was attached to his application to indicate the naturalization number. Also, for his residential address Mr. Coote listed an address known to me as an administrative building, not a residence. He signed the application which states in part: "I understand that filing an application that contains false information is a criminal offense."

6.  Therefore, on September 21, 2016 I called Mr. Coote and left him a message regarding the naturalization number and residential address. He then responded with a different residential address from what was on the application and that he would call back with the naturalization number. I did not hear from him regarding the naturalization number. Knowing that the Commonwealth's system would not accept Mr. Coote's application without the naturalization number, I did not submit his application to the Commonwealth.

7.  When Mr. Coote came into the Andover Police Department on or about August 30, 2017, he paid the $100 filing fee and had his picture and fingerprints taken. He had previously produced a copy of his passport. He did not produce his naturalization number. I called to the Commonwealth's Firearms Records Bureau and requested that they override the computer system and permit me to process the application even without the naturalization number. The application was thereafter processed and Mr. Coote received his License to Carry which has his picture on it.

Signed under the pains and penalties of perjury this 17th day of October, 2017.

_____
Linda Lane

2



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
Department of Criminal Justice Information Services
200 Arlington Street, Suite 2200, Chelsea, MA 02150
mass.gov/cjis | TTY: 617-660-4606

| PD USE ONLY |
| --- |
| FTN: _____ |
| LIC #: _____ |

*You must submit this form to your local police department*

## MASSACHUSETTS RESIDENT LTC/FID/MACHINE GUN APPLICATION
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN (M.G.L c. 140, §§ 129B, 131)

**CHECK ONE:**

__ New Applicant*

__ Renewal - Most Recent License to Carry/FID Number: _____

*NOTE: If application is for a first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached, unless exempt by statute. If this is a renewal application, a lost/stolen firearms affidavit must be submitted.

**LICENSE APPLICATION TYPE** (Check Only One):

__ Firearms Identification Card - Restricted (self-defense spray)

__ Firearms Identification Card

__ License to Carry

__ License to Possess a Machine Gun

__ Gun Club License (Only the Colonel of the State Police can issue a club license)

**EXCEPT FOR SIGNATURE, PRINT OR TYPE ALL REQUESTED INFORMATION:**

| Last Name | First Name | Middle Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| Residential Address | City | State | Zip Code | Telephone Number |
| --- | --- | --- | --- | --- |
| | | | | |

| Mailing Address | City | State | Zip Code | Telephone Number |
| --- | --- | --- | --- | --- |
| | | | | |

| Date of Birth | Place of Birth (City, State, Country) |
| --- | --- |
| | |

| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |
| --- | --- | --- | --- |
| | | | |

| Height | Weight | Build | Complexion | Hair Color | Eye Color |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Occupation | Social Security Number (Optional) | Drivers License Number |
| --- | --- | --- |
| | | |

| Employed By | Business Address |
| --- | --- |
| | |

| City/Town | State | Zip | Telephone Number |
| --- | --- | --- | --- |
| | | | |

ANSWER THE FOLLOWING QUESTIONS COMPLETELY AND ACCURATELY:

1. Are you a citizen of the United States? ☐ YES ☐ NO

   If lawful permanent resident alien, give green card number and resident date

   Green Card Number _____    Resident Since (date) _____

   If naturalized, give date, place and naturalization number

   Date _____ Place _____    Naturalization No. _____

2. Have you ever renounced your U.S. citizenship? ☐ YES ☐ NO

3. What is your age? _____ (You must be 21 to apply for a LTC, 18 to apply for a FID card, or 14 to 17 with
4. submission of a certificate of parent or guardian granting permission to apply for a FID card or FID card – Restricted)

5. Have you ever been arrested or appeared in court as a defendant for any criminal offense? ☐ YES ☐ NO

6. Are you the subject of any pending criminal charges? ☐ YES ☐ NO

7. Have you ever been convicted of a felony? ☐ YES ☐ NO

8. Have you ever been convicted of the unlawful use, possession, or sale of controlled substances as defined in M.G.L. c. 94C, § 1? ☐ YES ☐ NO

9. Have you ever been convicted of a violent crime or a crime of domestic violence? ☐ YES ☐ NO

10. Have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child in any state or federal jurisdiction? ☐ YES ☐ NO

11. Are you now, or have you ever been the subject of a restraining order issued pursuant to M.G.L. c. 209A, or a similar order issued by another jurisdiction? ☐ YES ☐ NO

12. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? ☐ YES ☐ NO

13. Have you ever been committed to any hospital or institution for mental illness, or alcohol or substance abuse? ☐ YES ☐ NO

13. Has any firearms license issued under the laws of any state or territory ever been suspended, revoked, or denied? ☐ YES ☐ NO

14. Have you been discharged from the armed forces of the United States under dishonorable conditions? ☐ YES ☐ NO

15. Have you been the subject of an order of the probate court appointing a guardian or conservator? ☐ YES ☐ NO

If you answered "YES" to any of the questions 2-15, give details which must include dates, circumstances and location; use a separate sheet of paper if necessary.

_____
_____
_____
_____
_____

Have you ever used or been known by another name? ☐ YES ☐ NO

If "YES", provide name and explain: _____

Other than Massachusetts, in what state(s), territory(ies), or jurisdiction(s) have you lived? ☐ NONE

_____

Have you ever held a firearms license in any other state, territory or jurisdiction? ☐ YES ☐ NO

If "YES", when, where, and license number? _____

_____

List the name and addresses of two references (as required by your licensing authority)

1. _____
   Last Name                               First Name

   _____
   Address                City/Town               State      Zip

2. _____
   Last Name                               First Name

   _____
   Address                City/Town               State      Zip

Reason(s) for requesting the issuance of a card or license:

☐ Target & Hunting   ☐ Sporting   ☐ Employment   ☐ Unrestricted (use lines below to indicate the reason(s) you are requesting an unrestricted LTC; use a separate sheet of paper if necessary)

_____

_____

_____

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (M.G.L c.140, §§ 129B(8), 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms. I understand that filing an application that contains false information is a criminal offense.

Signed under the penalties of perjury this _____ day of _____ _____
                                            day              month           year

Signature of Applicant: _____

Massachusetts License to Carry (LTC)/Firearms Identification Card (FID) Affidavit

Complete this form <u>only</u> if you are <u>renewing</u> your firearms license.

License Holder Name: _____

Current LTC or FID card Number: _____

*Please select one:*

A. ☐ (No firearm(s) lost or stolen since previous issuance of LTC or FID card)

    1.    I am renewing a Massachusetts firearms identification (FID) card or license to carry (LTC) firearms.

    2.    I have not lost one or more firearms or had any firearms stolen since the renewal or issuance of my last FID card or LTC.

OR

B. ☐ (Firearm(s) reported lost or stolen since previous issuance of LTC or FID card)

    1.    I am renewing a Massachusetts firearms identification (FID) card or license to carry (LTC) firearms.

    2.    I have lost one or more firearms or have reported stolen one or more firearms since the renewal or issuance of my last FID card or LTC.

*List all lost or stolen firearms below; use additional sheets as necessary.*

| Lost or Stolen | Date Reported Lost or Stolen | Reported to (Police Dept.) | Type | Make | Model | Serial Number | Case Number |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The above information is true and accurate to the best of my knowledge and belief.

*SIGNED UNDER THE PENALTIES OF PERJURY:*

Signature:_____  Date:_____