IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **MARVIN COOTE**<br>        **Plaintiff,**<br><br>v.<br><br>**PATRICK KEEFE, in his Official Capacity as the Chief of Police of the Town of Andover Police Department,**<br><br>        **Defendant.** | **DOCKET NO.:1:17-CV-11474-LTS** |

AFFIDAVIT OF SERVICE PURSUANT TO
F.R.CIV.P. 5.1 and M.R.CIV.P. RULE 4

I, Jeffrey Scrimo, do hereby state and affirm the following based upon personal knowledge, information and belief:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the Massachusetts Federal District Court.

2. I represent the plaintiff in the above-entitled matter.

3. On August 10, 2017, I sent the attached Notice of Constitutional Claim letter to the Massachusetts Attorney General's Office through the United States Post Office by certified return receipt mail. See Exhibit 1.

4. On August 21, 2017, I received the attached "green signature card" back from the USPS verifying hand delivery to the Massachusetts Attorney General's office and signed for by an agent thereof on August 14, 2017. See Exhibit 2.

5. I certify that the above is true and accurate and that the USPS has certified via the "green card" certified receipt that it made in hand delivery requiring signature on August 14, 2017.

Signed under the pains and penalties of perjury this Thursday, October 19, 2017.

                      Jeffrey T. Scrimo, Esq.

## CERTIFICATE OF SERVICE

     I hereby certify that I have sent the forgoing motion electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid on this, 10/19/2017.

                                     /s/ Jeffrey T. Scrimo
                                       Jeffrey T. Scrimo, Esq.