EXHIBIT 1



# Lynch Scrimo
Attorneys

Jeffrey R. Lynch  
lynch@lenoxattorney.com

Jeffrey T. Scrimo  
jeff@lenoxattorney.com

08/10/17

Massachusetts Attorney General  
Honorable Maura Healey, Esq.  
One Ashburton Place  
Boston, MA 02108-1518

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

**Re: Notice of Suit: Marvin Coote v. Patrick Keefe Chief of Andover PD in his Official Capacity, docket # 1:17-CV-11474-LTS**

Dear Attorney General Healey:

Please be aware that this office represents Marvin Coote in the above-referenced matter.

Pursuant to Massachusetts and Federal Rules of Civil Procedure, Rules 4 and 5.1, enclosed please find a Complaint, Motion for Preliminary Junction and Memorandum in Support thereof with Attachments filed with the Massachusetts Federal District Court.

Through this Complaint, Plaintiff may challenge the validity of Massachusetts statutes, and/or the practices and policies of a state Licensing Authority thereunder, as applied or facially under the United States Constitution.

Please contact me with any questions you may have.  Thank you.

Sincerely,

Jeffrey T. Scrimo

Village Center | 68 Main Street  
PO Box 1787 | Lenox, MA 01240  
p. 413.637.1300 | f. 866.230.7304  
www.lenoxattorney.com