IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARVIN COOTE<br>　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK KEEFE, in his Official Capacity as the Chief of Police of the Town of Andover Police Department,<br><br>　　　　　　Defendant. | DOCKET NO.:<br>1:17-CV-11474-LTS |

**AGREEMENT FOR JUDGMENT**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that Judgment enters under the following terms:

1. Defendant Patrick Keefe, in his official capacity as the Chief of Police of the Town of Andover Police Department acknowledges:

    a. Defendant will accept a valid U.S. Passport as proof of United States citizenship from Plaintiff Coote for a Massachusetts firearms license; and

    b. In the event that 22 U.S.C. §2705 and/or 8 U.S.C. §1431 are amended in a material way, Defendant shall not be bound by the above.

2. Plaintiff Coote waives any claim that he is a "Prevailing Party" for purposes of claims, including attorney's fees, under 42 USC Section 1983, Massachusetts General Laws Chapter 12, Section 11I, or other civil rights laws.

| | |
|---|---|
| Respectfully Submitted,<br>MARVIN COOTE<br>By his Attorney,<br><br>/s/ Jeffrey T. Scrimo<br>Jeffrey T. Scrimo, Esq.<br>(BBO# 649864)<br>Lynch Scrimo Attorneys<br>68 Main Street, PO Box 1787<br>Lenox, MA 01201<br>Phone: 413-637-1300<br>Fax:   866-230-7304<br>jeff@lenoxattorney.com | Respectfully submitted,<br>PATRICK KEEFE IN HIS CAPACITY AS<br>CHIEF OF THE TOWN OF ANDOVER<br>POLICE DEPARTMENT<br>By his Attorney,<br><br>/s/ Thomas J. Urbelis<br>Thomas J. Urbelis<br>BBO #506560<br>Urbelis & Fieldsteel, LLP<br>155 Federal Street<br>Boston, MA 02110<br>Phone: 617-338-2200<br>Fax: 617-338-0122<br>tju@uf-law.com |

Dated: November 10, 2017

## CERTIFICATE OF SERVICE

I, Jeffrey T. Scrimo, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 10th Day of November 2017.

/s/ Jeffrey T. Scrimo