UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marvin Coote ) ) ) Plaintiff, ) ) v. ) ) Patrick Keefe ) ) Defendant. ) | Civil Action No. 1:17-cv-11474- LTS |

## CLOSING ORDER

SOROKIN, J

    In accordance with the [19] agreement for judgment filed by the parties and allowed by the court [20], this case is hereby closed.

                                     By the Court,

                                     /s/ Maria Simeone
                                  Courtroom Deputy Clerk
                                  The Honorable Leo T. Sorokin

To: All Counsel